# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 18-03076-CV-S-MDH |
| BOBBY HAMMOND, | ) ) ) | |
| Defendant. | ) | |

## ORDER

Defendant has again personally filed three separate motions requesting his release from custody. (Docs. 68, 69, 70.) In his motions, Defendant states that he is "do not need a gardian [sic]" (docs. 68, 70) and asks this Court for "Release" (docs. 68, 69). This action has been referred to the undersigned for processing and handling. Upon review, the motions will be denied without prejudice as unauthorized by law.

Defendant is presently confined at the Medical Center for Federal Prisoners in Springfield, Missouri, pursuant to an order of commitment under 18 U.S.C. § 4246. (Doc. 12.) As Defendant has been previously advised, by law, he is not authorized to personally file a motion to determine whether he should be released. Accordingly, Defendant's *pro se* motions seeking release (docs. 68, 69, 70) are **DENIED** without prejudice as unauthorized by law. The Clerk's Office is directed to send a copy of this Order to Defendant via regular mail.

/s/ *David P. Rush*
DAVID P. RUSH
UNITED STATES MAGISTRATE JUDGE

DATE: March 16, 2021